## UNITED STATES *versus* JOHN SARGENT

JOURNAL ENTRIES (1823–24): *Journal 3:* (1) Motion to quash indictment *p. 446; (2) nolle prosequi, leave given to withdraw documentary evidence *p. 493.
PAPERS IN FILE: (1) Indictment.

## CONRAD TEN EYCK AND JEREMIAH V. R. TEN EYCK *versus* JOHN ANDERSON

JOURNAL ENTRIES (1823): *Journal 3:* (1) Discontinued by consent *p. 451.
PAPERS IN FILE: (1) Precipe for writ of error and supersedeas; (2) writ of error; (3) transcript of county court record; (4) certificate of bail in error.
*1822–23 Calendar*, MS p. 155.